UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TRACY L. BURKE;

    Plaintiff,

vs.

PANELIZED STRUCTURES, INC., a California corporation; ROE CORPORATIONS I through X, inclusive; and DOES 1 through 10,

    Defendants.

Case No. 2:11-CV-00373-LRH-GWF

### STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

It is hereby AGREED and STIPULATED by and among the to this action through their respective undersigned counsel of record, that the above-referenced action has been fully settled pursuant to a written "Settlement Agreement and Release of all Claims" in exchange for consideration which is inclusive of any and all of Plaintiffs' attorney's fees and costs, and that this action is DISMISSED WITH PREJUDICE as to

1

all Defendants, with the parties to bear all of their own respective attorneys' fees and costs incurred.

LAW OFFICES OF KRISTINA S. HOLMAN

By /s/ Kristina S. Holman                    Dated: April 8, 2011
Kristina S. Holman, Esq., Nev. Bar No. 3742
1100 East Bridger Avenue
Las Vegas, Nevada 89101
(702) 614-4777 telephone
Attorneys for Plaintiff

MAUPIN, COX & LeGOY

By /s/ Michael E. Malloy                     Dated: 7 April, 2011
Michael E. Malloy, Esq.
Attorneys for Defendant Panelized Structures

IT IS SO ORDERED:

DATED this 14th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE